3-24CV1412-L

To Whom It May Concern

I, Robert Parmer 2374298, Am Currently Serving A 30 Yr Sentence In The Wynne Unit In Huntsville Tx.

I Am Writing To You To Let You Know That I Plan To File A Writ Of Habeas Chorpus 22.54 In Your Courts And That I Am Indigent Which Has Been Proven Throughout My Court Proceedings.

I Would Ask The Courts Pursuant To Tex Code Crim Proc. 26.04(a) Appoint Me Counsel To As I Am Permitted. If I Need To Do Any Paperwork I Will Fill It Out And Return To The Courts

I Fell Out Of Brown County And Believe You Will Find I Have Grounds For An Aquittal

Sincerely

Robert O. Parmer 2374298
Wynne Unit
810 Fm 2821
Huntsville Tx 77349

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 7 2024

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Robert Farmer #01574298
Wynne Unit
810 FM 2821
Huntsville Tx 77349

LEGAL

United States District Clerk's Office
Edmund Dieth, Chief Dep. Clerk Of Admin
Earl Campbell Federal Bldg, 1100 Commerce St, Rm 1452
Dallas Tx 75242-1003

JUN - 7 2024

NORTH HOUSTON TX 773

4 JUN 2024 PM 6 L

75242-1003

FREEDOM